ELIAS WILLNER, Respondent, v. MARLBORO SYNDICATE, INC., Appellant.* — Judgment affirmed, with costs. No opinion. Lazansky, P. J., Kapper, Hagarty and Davis, JJ., concur; Carswell, J., dissents.

SYLVIA ZALKIN, Respondent, v. STEEPLECHASE AMUSEMENT CO., INC., Appellant.— Judgment reversed upon the law and complaint dismissed, with costs. The record discloses that the plaintiff slipped upon a metal step while mounting a mechanical device known as the " bicycle racer " in the defendant's amusement park. Her proof is that the step " was kind of rough onto the left side where my foot slipped." Before placing her foot upon the step she noticed that " It was very very shiny, and it was wore off around the edges and it was quite rough — always onto the edges," but it did not look as though there was anything wrong with it. After her foot slipped on the first attempt, when she claims to have sustained injuries, she mounted without further trouble. We are of opinion that the record does not disclose such a condition of the step as would justify a finding of negligence on the part of the defendant, which maintained it. (*Kline* v. *Abraham*, 178 N. Y. 377; *Mitcheltree* v. *Stair*, 135 App. Div. 210; *Tryon* v. *Chalmers, Nos, 1, 2,* 205 id. 816; *Grant* v. *Zipern*, 233 id. 695; affd., 259 N. Y. 653.) Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

ELIZABETH R. MAREAN, Plaintiff, and WILLIAM H. GOOD and ANDREW F. VAN THUN, JR., as Executors, etc., of JOSIAH T. MAREAN, Deceased, Respondents, v. JOHN SCHEEPERS, Appellant.— The decision of this court handed down on December 2, 1932, is hereby amended to read as follows: Order reversed on the law and the facts, with ten dollars costs and disbursements, and defendant's motion to dismiss the complaint for lack of prosecution granted, with ten dollars costs. In our opinion the plaintiffs' delay in not restoring the cause to the trial calendar between February, 1926, and September, 1932, was unreasonable and unjustifiable. Upon consent of defendant his counterclaim is dismissed, without costs. Lazansky, P J., Young, Scudder and Tompkins, JJ., concur; Kapper, J., dissents and votes to affirm. [See *ante*, p. 825.]

TERESA G. CRAWFORD, Respondent, v. CHARLES H. LAWLESS, Appellant.— On argument, order granting a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.